FILE COPY

No. 07-22-00082-CR

| | | |
|---|---|---|
| Kenneth Ray Holbert, Sr.<br>    Appellant | § | From the 251st District Court<br>    of Randall County |
| | § | |
| v. | | February 2, 2023 |
| | § | |
| The State of Texas<br>    Appellee | § | Opinion by Justice Parker |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated February 2, 2023, it is ordered, adjudged, and decreed that the judgment of the trial court be modified as set forth in the opinion and affirmed.

Inasmuch as this is an appeal *in forma pauperis,* no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o